Randal M. Barnum
SBN: 111287
Law Office of Randal M. Barnum
279 East H Street
Benicia, CA 94510
(707) 745-3747

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES SANTOS-REYES | CASE NUMBER: C05-4550 BZ |
| v. Plaintiff(s) | |
| ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

Lourdes Santos-Reyes _____ [x] Plaintiff [ ] Defendant [ ] Other _____
*Name of Party*

hereby substitutes  Randal M. Barnum, Law Offices of Randal M. Barnum  who is

[x] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   279 East H Street
*Street Address*

Benicia, CA 94510          (707) 745-3747     (707) 745-4580      111287
*City, State, Zip Code*      *Telephone Number*  *Facsimile Number*  *State Bar Number*

as attorney of record in the place and stead of  Plaintiff in pro per
*Present Attorney*

Dated: January 5, 2006

*Signature of Party*
Lourdes Santos-Reyes

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: January 5, 2006

*Signature of Present Attorney*
Lourdes Santos-Reyes, in pro per

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: January 5, 2006

*Signature of New Attorney*
Randal M. Barnum

Substitution of Attorney is hereby  [✓] Approved.  [ ] Denied.

Dated: 9/Jan 06

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 G01