KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    Facsimile:  (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LOURDES SANTOS-REYES, | ) | No. 05-4550 VRW |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| ALBERTO R. GONZALEZ, U.S. ATTORNEY GENERAL, | ) ) ) | Date:  March 21, 2006<br>Time:  9:00 a.m. |
| Defendant. | ) ) | |

    The parties through their respective attorneys stipulate as follows:

    In this Title VII case, the initial case management conference is currently set for March 21, 2006.

    Counsel for the Federal Defendant has a conflict because another case management conference has been previously set for the same date.

    The parties request that the case management conference be moved by two weeks to ~~April 4, 2006~~.  **April 11, 2006 at 9:00 a.m.**

///

///

///

///

|    |                                    |                                                                                 |
|----|------------------------------------|---------------------------------------------------------------------------------|
| 1  |                                    | Respectfully submitted,                                                         |
| 2  |                                    |                                                                                 |
| 3  |                                    | KEVIN V. RYAN<br>United States Attorney                                         |
| 4  |                                    |                                                                                 |
| 5  | Dated: February 28, 2006           |                                                                                 |
| 6  |                                    | _____/s/_____<br>ANDREW Y.S. CHENG<br>Assistant United States Attorney |
| 7  |                                    |                                                                                 |

Dated: February 28, 2006        _____/s/_____

RANDAL M. BARNUM
Attorney for Plaintiff Lourdes Santos-Reyes

**ORDER**

~~The case management conference currently scheduled for March 21, 2006 is continued to April 4, 2006. The joint case management conference statement shall be filed no later than March 28, 2006.~~ The case management conference shall be continued from March 21, 2006 to **April 11, 2006.** Joint case management statement shall be filed no later than April 4, 2006.

**IT IS SO ORDERED.**

Dated: March 2, 2006        _____

VAUGHN R. WALKER
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Vaughn R Walker

STIPULATION AND ORDER TO CONTINUE CMC,
C05-4550 VRW