1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-6813
6     Facsimile:  (415) 436-6748

7  Attorneys for Federal Defendant

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LOURDES SANTOS-REYES,            )    No. 05-4550 VRW
                                    )
13     Plaintiff,                   )    STIPULATION AND [~~PROPOSED~~]
                                    )    ORDER TO CONTINUE FACTUAL
14     v.                           )    AND EXPERT DISCOVERY
                                    )    DEADLINES
15 ALBERTO R. GONZALEZ, U.S.        )
   ATTORNEY GENERAL,                )
16                                  )
       Defendant.                   )
17 _____ )

18     The parties through their respective attorneys stipulate as follows:

19     In this Title VII case, the factual and expert discovery cut-offs are currently set for

20 November 30, 2006. The trial date for this case is April 23, 2007.

21     The parties are scheduled for a mandatory settlement conference with Magistrate

22 Judge James Larson on December 19, 2006.

23     In light of the scheduled settlement conference, the parties request that the expert

24 discovery deadline be extended to **January 19, 2007**. Because of witness scheduling

25 issues, the parties further request that the factual discovery cut-off be extended to

26 **December 8, 2006**.

27 ///

28 ///

All other dates will remain the same.

                          Respectfully submitted,

                          KEVIN V. RYAN
                          United States Attorney

Dated: November 8, 2006

                          _____/s/_____
                          ANDREW Y.S. CHENG
                          Assistant United States Attorney

Dated: November 8, 2006            _____/s/_____

                          RANDAL M. BARNUM
                          Attorney for Plaintiff Lourdes Santos-Reyes

**ORDER**

The factual discovery cut-off will be extended to **December 8, 2006**. The expert discovery cut-off in this case will be extended to **January 19, 2007**. All other dates will remain unchanged.

**IT IS SO ORDERED.**

Dated: Nov. 15, 2006

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER TO CONTINUE EXPERT AND FACTUAL DISCOVERY DATES,
C05-4550 VRW