1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ANDREW Y.S. CHENG (CSBN 164613)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6813
6      FAX: (415) 436-6748

7  Attorneys for Federal Defendant

8

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 LOURDES SANTOS-REYES,            )   No. 05-4550 VRW
                                    )
15         Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER TO CONTINUE JOINT CASE**
16     v.                           )   **MANAGEMENT CONFERENCE**
                                    )
17 ALBERTO R. GONZALEZ, U.S.        )   Date:   January 9, 2007
   ATTORNEY GENERAL,                )   Time:   9:00 a.m.
18                                  )   Ctrm:   6, 17th Floor
           Defendant.               )
19                                  )
   _____)
20
       The parties in the above-entitled action request that the case management conference set
21
   for January 9, 2007 be continued to **March 6, 2007**.
22
       The parties have completed factual discovery in this case.  Defendant will file a motion
23
   for summary judgment on January 4, 2007 that will be heard on **February 8, 2007**.  The parties
24
   will complete expert discovery before January 19, 2007.
25
   ///
26
   ///
27
   ///
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
C 05-4550 VRW

The parties have worked cooperatively throughout this case, and there are no issues that require the Court's intervention or attention.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: December 21, 2006

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: December 21, 2006

_____/s/_____
RANDAL M. BARNUM
Attorney for Plaintiff Lourdes Santos-Reyes

## ORDER

The case management conference currently set for January 9, 2007 will be continued to **March 6, 2007**. All other dates will remain unchanged.

**IT IS SO ORDERED.**

Dated: Dec. 22, 2006

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA