IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LOURDES SANTOS-REYES, | No   C-05-4550 - VRW |
|     Plaintiff, | ORDER |
|     v |  |
| ALBERTO R GONZALES, |  |
|     Defendant. |  |

Not later than December 28, 2006, the parties are directed to serve and file a letter not exceeding two pages describing the present status of trial preparation.  In the alternative, the parties may report to the court for a status conference not later than January 19, 2007.  The parties may arrange a status conference date with the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

The parties are reminded of the firm trial date herein of April 23, 2007.

IT IS SO ORDERED.

 

VAUGHN R WALKER

United States District Chief Judge