```
KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6813
    Facsimile:  (415) 436-6748

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOURDES SANTOS-REYES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO R. GONZALEZ, U.S. ) <br> ATTORNEY GENERAL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 05-4550 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND OTHER DATES** |

The parties through their respective attorneys stipulate as follows:

In this Title VII case, the Federal Defendant filed his motion for summary judgment to be heard on **February 8, 2007.**

Plaintiff's counsel has trials set for February 20, 2007, March 5, 2007, March 23, 2007, April 5, 2007, and April 10, 2007. Plaintiff's counsel has depositions scheduled each day from January 9, 2007 to January 18, 2007, the date that plaintiff's opposition brief is due.

To accommodate plaintiff's counsel request for additional time to respond to the summary judgment motion, the parties propose the following deadlines:

The hearing date on the summary judgment motion will be moved to **March 1, 2007**. Plaintiff's opposition brief shall be filed by no later than **January 31, 2007**.

1 | Defendant's reply brief shall be filed by no later than **February 15, 2007**.

2 |     The pre-trial conference currently set for **March 20, 2007** shall be continued to

3 | **May 1, 2007**.

4 |     The trial date currently set for **April 23, 2007** shall be continued to **May 29, 2007**.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: January 10, 2007

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: January 10, 2007

_____/s/_____
RANDAL M. BARNUM
Attorney for Plaintiff Lourdes Santos-Reyes

**ORDER**

The trial date shall be continued to ~~May 29, 2007~~ June 25, 2007 at 8:30 a.m.. The pre-trial conference will be continued to **May 1, 2007**. The hearing on the motion for summary judgment will be continued to ~~March 1, 2007~~ February 22, 2007 at 2:00 p.m.. Plaintiff shall file her opposition brief no later than **January 31, 2007**. Defendant's reply brief shall be filed no later than ~~February 15, 2007~~ February 9, 2007.

**IT IS SO ORDERED.**

Dated: January 19, 2007

IT IS SO ORDERED
AS MODIFIED
/s/ Judge Vaughn R Walker

STIPULATION AND ORDER TO CONTINUE TRIAL AND OTHER DATES,
C05-4550 VRW