1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney
2 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3 | ANDREW Y.S. CHENG (CSBN 164613)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
Facsimile:  (415) 436-6748

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LOURDES SANTOS-REYES, | ) | No. 05-4550 VRW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGMENT HEARING DATES** |
| v. | ) | |
| ALBERTO R. GONZALEZ, U.S. ATTORNEY GENERAL, | ) | |
| Defendant. | ) | |

The parties through their respective attorneys stipulate as follows:

The hearing date on the summary judgment motion will be moved to **March 29, 2007**. Plaintiff's opposition brief shall be filed by no later than **March 1, 2007**. Defendant's reply brief shall be filed by no later than **March 15, 2007**. All other dates will remain the same.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: January 25, 2007

_____/s/_____
ANDREW Y.S. CHENG
Assistant United States Attorney

Dated: January 25, 2007     _____/s/_____
RANDAL M. BARNUM
Attorney for Plaintiff Lourdes Santos-Reyes

**ORDER**

The hearing on the motion for summary judgment will be **March 29, 2007**. Plaintiff shall file her opposition brief no later than **March 1, 2007**. Defendant's reply brief shall be filed no later than **March 15, 2007**.

All other dates shall remain the same.

**IT IS SO ORDERED.**

Dated: January 31, 2007

VAUGHN R. WALKER
United States District Judge

*GRANTED — Judge Vaughn R Walker*  (stamp)

STIPULATION AND ORDER TO CONTINUE TRIAL AND OTHER DATES,
C05-4550 VRW